Charlayne A. CRAWFORD, Mother and Next Friend of Victoria Crawford (a minor child), Plaintiff—Appellant,

v.

**BUNCOMBE COUNTY DEPARTMENT OF SOCIAL SERVICES, Defendant—Appellee.**

No. 06–1099.

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2006.

Decided: June 19, 2006.

Charlayne A. Crawford, Appellant Pro Se.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlayne A. Crawford appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Crawford v. Buncombe County Dep't of Social Servs.*, No. 1:05–CV–355 (W.D.N.C. Jan. 11, 2006); *Crawford v. Buncombe County Dep't of Social Servs.*, No. 1:05–CV–355 (W.D.N.C. Dec. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*